**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION**

| | |
|---|---|
| **JESSICA JONES,** ) | |
|     **Plaintiff,** ) | |
| ) | |
| **v.** ) | **CIVIL ACTION: 2:20-00613-KD-B** |
| ) | |
| **WIRELESS TIME OF ALABAMA, LLC,** ) | |
|     **Defendant.** ) | |

**ORDER**

This matter is before the Court on the Plaintiff's Notice of Settlement, stating that she has reached a settlement with the Defendant which has resolved all claims between them. (Doc. 19).

Accordingly, it is **ORDERED** that the above-styled action is **DISMISSED with prejudice** from the active docket of this Court subject to the right of any party to reinstate the action within **thirty (30) days** of the date of this Order should the settlement agreement not be consummated.

Each party shall bear her or its own costs, expenses, and attorneys' fees in accordance with the terms of the settlement agreement.

**DONE** and **ORDERED** this the **15th** day of **February 2022.**

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**